UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 3:21cr73MCR

MAINOR CRUZ-PADILLA
_____/

ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **MAINOR CRUZ-PADILLA**, to Count One of the Indictment is hereby **ACCEPTED**.  All parties must appear before this Court for sentencing as directed.

**DONE and ORDERED** this 29th day of November 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**